matter remitted to the Surrogate's Court to proceed to hear and determine such objections, and decree otherwise affirmed, without costs. Memorandum: The account in Schedule A shows certain chattels in the hands of the administratrix which are not disposed of. The decree apparently overlooks these articles. We are, therefore, remitting the proceeding to the surrogate so that the omission may be properly supplied. All concur. (The decree dismissed objections to the account of the administratrix.) Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ.

MARGARET M. ACHESON and Others, as Executors, etc., of EDWARD GOODRICH ACHESON, Deceased, Respondents, v. POWER CITY TRUST COMPANY, as Trustee under Trust Indenture, etc., Made by EDWARD GOODRICH ACHESON, etc., Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur. (The order grants a motion for judgment on the pleadings in an action to recover from a trustee of five trusts a proportionate share of taxes paid on the estate.) Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN FOSTER and Another, Appellants.— Judgment of conviction affirmed. All concur. (The judgment convicts defendants of the crime of burglary, third degree, and petit larceny.) Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN TODAK, Appellant, v. WILLIAM HUNT, as Warden of Attica State Prison, Respondent.— Order affirmed, without costs. All concur. (The order dismisses a writ of habeas corpus.) Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ.

CHARLES SPERNYAK, Appellant, v. WILLIAM GOFF, Respondent.— Judgment and order affirmed, with costs. All concur. (The judgment is for defendant in an automobile negligence case. The order denies a motion for a new trial on the minutes.) Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ.

PETER SPERNYAK, an Infant, by CHARLES SPERNYAK, His Guardian ad Litem, Appellant, v. WILLIAM GOFF, Respondent.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ.

JOHN DENK, Respondent, v. CHARLES HEINRICH, Appellant.— Judgment and order affirmed, with costs. All concur. (The judgment is for plaintiff for services performed as a farm hand. The order denies a motion for a new trial on the minutes.) Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.

JOSEPH A. BEIKIRCH, Respondent, v. EDWARD W. LOEBS and Another, Appellants.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, on the ground that respondent's petition reveals present knowledge by him of facts sufficient to formulate the cause of action which he claims. While an examination under rule 122 of the Rules of Civil Practice may be had to facilitate the accurate pleading of a known cause of action, it will not be allowed to enable plaintiff to ascertain whether facts exist sufficient to create a cause of action. All concur. (The order granted an examination of defendants before trial to enable plaintiff to frame a complaint in a libel action.) Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.